UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

R.B.H.

    v.                                                     09-fp-398

Cyr, et al

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

                                           /s/James R. Muirhead
                                         James R. Muirhead
                                         United States Magistrate Judge

Date: December 1, 2009

cc:    R.B.H.