### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

R.B.H.

    v.                                    Civil No. 09-cv-398-JD

John P. Cyr, et al


### O R D E R


The complaint has been appropriately corrected.  It is
public.  A copy is included.  The uncorrected complaint remains
protected.  The originals are not to be returned.

The motions (doc. nos. 10 and 12) are granted as set forth
above.

**SO ORDERED.**

                              _____
                              James R. Muirhead
                              United States Magistrate Judge

Date: January 20, 2010

cc:   R.B.H., *pro se*