UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

R.B.H. et al.

    v.                                      Civil No. 09-cv-398-JD

John P. Cyr et al.[1]

**ORDER**

Before the Court are a motion to extend time to file a supporting memorandum (doc. no. 2) and a request for the appointment of an attorney, set forth in the complaint filed pro se by plaintiff R.B.H. ("Randall"). In my Report and Recommendation this date, I have recommended dismissal of all claims pending in this action. If the Report and Recommendation

---

[1] In addition to John P. Cyr, plaintiff has named Bruce A. Cardello; Susan B. Carbon; Timothy Vaghan; Thomas Rappa, Jr.; Donald Goodnow; David Brock; John Broderick; Joseph Nadeau; Linda Dalianis; New Hampshire Supreme Court Justice John Duggan; New Hampshire Supreme Court Justice Richard Galway; Jeanne Shaheen; Craig Benson; John Lynch; Phillip McLaughlin; Peter Heed; Michael Delaney; Raymond Flynn; Paul Hunt; Daniel Itse; Ronald Guida; Paul F. Cavanaugh; Concord Police Department; City of Concord; United States of America; William Morse; Thomas Colantuano; John Kacavas; John Ashcroft; Alberto Gonzales; John "Jay" Fallon; Glenn Fine; Janet Napolitano; Wendy Hofland; Richard Bennett; Patricia Bennett (deceased); Lael Smith; Deborah Reynolds; Michael Conklin; Conklin & Reynolds, P.A.; John Cameron; Joseph Coutu; Frances Coutu; and Raymond Coutu; along with other unnamed individuals, as defendants to this action. All of the defendants are alleged to be liable in their individual capacities.

is accepted, the pending motions will be moot.  Therefore, the motion and the request for counsel are denied without prejudice to renewal if the Report and Recommendation is not approved.

    **SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: April 2, 2010

cc:   R.B.H., pro se