UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randall B. Hofland</u>

         v.                                     Civil No. 09-cv-398-JD

<u>John P. Cyr, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 2, 2010.

SO ORDERED.

June 9, 2010                                           <u>/s/ *Joseph A. DiClerico, Jr.*</u>
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

cc:     Randall B. Hofland, pro se