UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randall B. Hofland</u>

        v.                              Civil No. 09-cv-398-JD

<u>John P. Cyr, et al.</u>

<u>O R D E R</u>

On June 1, 2011, the Court denied Plaintiff Hofland's Motion for Leave to File Second Amended Complaint. On June 8, 2011, the Court received a document entitled "Second Amended Complaint." As the Court has not allowed the Second Amended Complaint to be filed, it is herewith stricken and no further action will be taken on it.

    SO ORDERED.

June 9, 2011                                     ***/s/ Joseph A. DiClerico, Jr.***
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

cc:    Randall B. Hofland, pro se