# United States Court of Appeals
## For the First Circuit

No. 11-1824

RANDALL B. HOFLAND, a/k/a R.B.H.,

Plaintiff, Appellant,

v.

JOHN P. CYR, ET AL.,

Defendants, Appellees.

Lynch, <u>Chief Judge</u>,
Torruella, Boudin, Howard and Thompson,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered:  March 30, 2012

Pursuant to this court's Internal Operating Procedure X.C., we treat a petition for rehearing en banc also as a petition for rehearing before the original panel.  The petition for rehearing having been denied by the panel of judges who decided the case and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be <u>denied.</u>

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Randall B. Hofland
Seth R. Aframe